Action by Bertha Thompson against Edward Thompson.

PER CURIAM. Judgment reversed, and judgment directed dismissing the complaint. There is no evidence establishing any of the causes for which an action for separation may be maintained. Plaintiff may insist upon the defendant supporting her, and, if he neglects or refuses to do so, she may maintain another action. The evidence is that up to the time of the commencement of this action he contributed to her support in a sum which was mutually satisfactory.

CARR, J., not voting.

THOMSON, Appellant, v. TOMKINS, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Thomas T. Thomson against Calvin Tomkins, individually and as commissioner. L. T. Fetzer, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THORNE, Respondent, v. JOHNSON, ADAMS & GRAECEN, Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Richard R. Thorne against Johnson, Adams & Graecen, Incorporated. Joseph F. Murray, of New York City, for appellant. D. R. Almy, of New York City, for respondent. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $20,000, in which event the judgment, as so modified, and the order appealed from, is affirmed, without costs. Settle order on notice.

TIERN, Respondent, v. PLATT, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Ellen G. Tiern, an infant, etc., against Simon M. Platt. G. H. Bruce, of New York City, for appellant. T. Downs, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1115.

TIERN v. PLATT. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Ellen G. Tiern against Simon M. Platt. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1115.

TOLCHINSKY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Isidor Tolchinsky against the City of New York. No opinion. Motion granted. Order filed. See, also, 149 N. Y. Supp. 1016.

TOLMAN v. GILLESPIE et al. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Anna C. Tolman against Daniel Gillespie and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements, without passing upon the validity of the assessments, and on authority of Morgan v. Fullerton, 9 App. Div. 253–235, 41 N. Y. Supp. 465, as to the proper method of trial of that question.

CARR, J., not voting.

TRANGEL, Respondent, v. BOORUM & PEASE CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Mary Trangel against the Boorum & Pease Company, and another. No opinion. Motion for reargument (149 N. Y. Supp. 1114) denied, with $10 costs.

TRUSTEES OF PRESBYTERY OF NEW YORK, Respondent, v. WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY–THIRD ST., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Trustees of the Presbytery of New York against the Westminster Presbyterian Church of West Twenty-Third Street, impleaded with others. R. J. Reese, of New York City, for appellant. H. W. Jessup, of New York City, for respondent. No opinion. Appeal from order dismissed, without costs. Order filed. See, also, 150 N. Y. Supp. 1115.

TRUSTEES OF PRESBYTERY OF NEW YORK, Respondent, v. WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY–THIRD ST. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Trustees of the Presbytery of New York against the Westminster Presbyterian Church of West Twenty-Third Street and others. R. J. Reese, of New York City, for appellants. H. W. Jessup, of New York City, for respondent. No opinion. Judgment reversed, and complaint dismissed, on the authority of Westminster Presbyterian Church v. Trustees of the Presbytery of New York, 211 N. Y. 214, 105 N. E. 199. Settle order on notice. See, also, 150 N. Y. Supp. 1115.

UEBERWASSER v. HEEN et al. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Bernhard Ueberwasser against Sophia Heen, impleaded with Matthew J. Smith and others. No opinion. Order of the County Court of Richmond County reversed. Settle order pursuant to stipulation. See, also, 163 App. Div. 969, 148 N. Y. Supp. 1148.

UIHLEIN, Respondent, v. DAUL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Robert A. Uihlein against James Daul and others. No opinion. Judgment affirmed, with costs.

UNGER, Appellant, v. T. A. GILLESPIE CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Carl Unger, an infant, by

Louis Unger, his guardian ad litem, against T. A. Gillespie Company. No opinion. Judgment unanimously affirmed, with costs.

UNION ESTATES CO., Appellant, v. ADLON CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by the Union Estates Company against the Adlon Construction Company and others. L. F. Levy, of New York City, for appellant. J. W. Weed, of New York City, for respondents. No opinion. Judgment (84 Misc. Rep. 599, 147 N. Y. Supp. 783) affirmed, with costs. Order filed.

UNIVERSAL DISCOUNT CO., Appellant, v. CORN EXCHANGE BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Universal Discount Company against the Corn Exchange Bank. I. Gainsburg, of New York City, for appellant. M. Meyers, of New York City, for respondent. No opinion. Judgment and order (148 N. Y. Supp. 83) affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1148.

In re VANDERPOEL. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Augustus G. Vanderpoel. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

VAN DUSEN, Respondent, v. NORTHWESTERN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Anna B. Van Dusen, as administratrix, etc., against the Northwestern Mutual Life Insurance Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE and MERRELL, JJ., dissent, upon the ground that, so far as the verdict is to the effect that Parkinson caused or directed the anvil to be thrown from the platform, it is contrary to and against the weight of the evidence. Had he done so, he would not have acted within the scope of his employment. See, also, 155 App. Div. 946, 140 N. Y. Supp. 1149.

VANDYKE v. WEBB. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Robert Vandyke against James N. Webb, as surviving executor. No opinion. Motion denied, with $10 costs. Order filed.

VAN TUYL v. ALEXANDER et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by George C. Van Tuyl, as superintendent, etc., against Annie N. Alexander, as executrix, etc., impleaded. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1116.

VAUGHAN, Respondent, v. TRANSIT DEVELOPMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Timothy Vaughan against the Transit Development Company.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J., not voting.

VAUGHAN, Respondent, v. VAUGHAN, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Charlotte Vaughan against Edward Vaughan. W. L. Bunnell, of New York City, for appellant. A. J. Hiers, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to renew as stated in order. Order filed.

VICKERS, Respondent, v. MIDTOWN CONTRACTING CO., Inc., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Minnie R. Vickers, as administratrix, etc., against the Midtown Contracting Company, Incorporated. No opinion. Motion for reargument (of 149 N. Y. Supp. 1116) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

VORON, Respondent, v. CHAIT, Appellant et al. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Isaac Voron against Sabbatia Chait, impleaded with others. A. C. Cass, of New York City, for appellant. M. Grossfield, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1116.

VORON, Appellant, v. CHAIT, Respondent, et al. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Isaac Voron against Sabbatia Chait, impleaded. A. C. Cass, of New York City, for appellant. L. I. Grossfield, of New York City, for respondent. No opinion. Appeal dismissed, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 433, 1116.

In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Voron & Chait, Incorporated. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1116.

In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of Voron & Chait, Incorporated. No opinion. Reargument (of 150 N. Y. Supp. 1116) ordered.

VULCAN DETINNING CO. v. ASSMAN et al. (two cases). (Supreme Court, Appellate Division, First Department. December 11,